UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 16 AM 9: 11

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| BRIDGESTONE FIRESTONE, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | NO. 04-2388 Ma P |
| ) | |
| WENDELL CODY, ) | |
| ) | |
| DEFENDANT. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff and Defendant, by and through their attorneys of record, and state to the Court that all issues under the original Complaint have been resolved by way of compromise and approved by the Tennessee Department of Labor, Workers' Compensation Specialist, and they jointly request that the Court enter an Order of Dismissal with Prejudice with regard to the original Complaint. A copy of the Workers' Compensation Settlement Agreements are attached hereto as an exhibit.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action is hereby dismissed with prejudice and statutory costs of this cause are taxed to the Plaintiff upon which execution may issue if necessary.

ENTERED this the 13th day of _____May_____, 2005.

_____
HON. SAMUEL H. MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5/19/05__



APPROVED FOR ENTRY:

*[signature: Wendell Cody]*

WENDELL CODY, Employee
3714 Crosswood Cove
Memphis, TN 38127

*[signature: David E. Gordon]*

DAVID E. GORDON          BPR#009973
GORDON LAW FIRM
1850 Poplar Crest, Suite 200
Memphis, TN 38119
901-818-4889
Attorney for Employee



BRIDGESTONE FIRESTONE, INC.

By *[signature]*
C. MARK DONAHOE
HARDEE, MARTIN, DAUSTER & DONAHOE, P.A.
P. O. Box 98
Jackson, Tennessee 38302
731-424-2151
Attorney for Bridgestone Firestone, Inc.
BPR#014049

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02388 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

David E. Gordon
GORDON LAW FIRM
1850 Poplar Crest
Ste. 200
Memphis, TN 38119

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable Samuel Mays
US DISTRICT COURT