UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 20  PM 4: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BRIDGESTONE FIRESTONE, INC.,

    Plaintiff,

v.                                                                Cv. No. 04-2388-Ma

WENDELL CODY,

    Defendant.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice, docketed May 19, 2005.  Costs are taxed to Plaintiff.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 20, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02388 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

David E. Gordon
GORDON LAW FIRM
1850 Poplar Crest
Ste. 200
Memphis, TN 38119

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable Samuel Mays
US DISTRICT COURT